AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF TEXAS

RECEIVED
UNITED STATES MARSHAL

2025 DEC 19  AM 9:45

SOUTHERN DIST. S/TX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| versus | § § § | Criminal No. 4:25-cr-00046-2 |
| Ciera Julieth Blas | § | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Ciera Julieth Blas**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☒ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation   ☐ Pretrial Release Violation   ☐ Supervised Release Violation   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

**Ct. 1: Conspiracy to Commit Wire Fraud [18 U.S.C. 1343],Cts. 3−5: Wire Fraud [18 U.S.C. § 1341 and 2], Cts. 9−19: Possession of a Counterfeit Passport [18 USC § 1546], Cts. 20−32: Aggravated Identity theft [18 USC § 1028A(a)(1) and 2]**

Date: December 18, 2025

City and state: Houston, TX

_____
*Issuing officer's signature*

G. Kelner, Deputy Clerk

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)*_____, at *(city and state)* _____. |
| Date:_____          _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF TEXAS

RECEIVED
UNITED STATES MARSHAL
2025 DEC 19 AM 9: 45
SOUTHERN DIST. S/TX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| *versus* | | Criminal No. 4:25−cr−00046−2 |
| Ciera Julieth Blas | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Ciera Julieth Blas**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☒ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation    ☐ Pretrial Release Violation    ☐ Supervised Release Violation    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

**Ct. 1: Conspiracy to Commit Wire Fraud [18 U.S.C. 1343],Cts. 3−5: Wire Fraud [18 U.S.C. § 1341 and 2], Cts. 9−19: Possession of a Counterfeit Passport [18 USC § 1546], Cts. 20−32: Aggravated Identity theft [18 USC § 1028A(a)(1) and 2]**

Date: December 18, 2025

City and state: Houston, TX

_____
*Issuing officer's signature*
G. Kelner, Deputy Clerk

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)*_____, at *(city and state)* _____. |
| Date:_____    _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

RECEIVED
UNITED STATES MARSHAL

2025 DEC 19 AM 9:45

SOUTHERN DIST. S/TX

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

*December 17, 2025*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIM. NO. H-25-46-SS |
| ISHMAEL CADET and CIERA JULIETH BLAS | § § § | |

## SECOND SUPERSEDING INDICTMENT

The United States Grand Jury charges:

### COUNT 1
### (Conspiracy to Commit Wire Fraud- 18 U.S.C. § 1349)

**A.    THE CONSPIRACY AND ITS OBJECTS**

1.    From on or about April 4, 2022, and continuing at least until January 23, 2025, in the Houston Division of the Southern District of Texas and elsewhere,

**ISHMAEL CADET, and
CIERA JULIETH BLAS,**

Defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury to devise and intend to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, and in the execution of said scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs, sounds, signals, and pictures, in violation of Title 18, United States Code, Section 1343 (Wire Fraud).

**B.    THE MANNER AND MEANS OF THE CONSPIRACY**

The manner and means of the conspiracy were as follows:

2.    The conspirators unlawfully acquired the personal identifying information (PII) of

Page **1** of **11**

other real persons and used it to commit fraud.

3.    The conspirators unlawfully acquired the credit card and bank account information of others for fraudulent purposes.

4.    The conspirators applied for and obtained a US mailbox in a fictitious name to receive credit card and bank account mailings associated with the conspirators' fraudulent scheme.

5.    The conspirators illegally obtained and manufactured counterfeit and fraudulent credit cards, debit cards, U.S. passports and other identification documents.

6.    The conspirators unlawfully obtained the credit and debit cards of others to illegally access the victims' bank and credit card accounts.

7.    The conspirators used the unlawfully obtained credit cards and fraudulent identification documents to make illegal purchases of merchandise.

8.    The conspirators returned the unlawfully obtained merchandise to stores for cash.

9.    The conspirators used the unlawfully obtained bank account information of others to execute fraudulent wire transfers from the victims' accounts.

10.    The conspirators telephoned a bank and impersonated an accountholder to fraudulently order checks and have them shipped to an address they controlled.

11.    The conspirators used the unlawfully obtained checks to fraudulently access the victim's account.

**In violation of Title 18, United States Code, Section 1349 and 2.**

### COUNT 2
### (Wire Fraud – 18 U.S.C. § 1343)

**A.    THE SCHEME AND ARTIFICE**

1.    From on or about November 21, 2023, until on or about January 23, 2025, in the Houston Division of Southern District of Texas, and elsewhere,

Page 2 of 11

**ISHMAEL CADET,**

Defendant herein, did knowingly devise and intend to devise a scheme and artifice to defraud, and for obtaining money by means of false and fraudulent pretenses, and in the execution of said scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communications in interstate or foreign commerce, writings, signs, signals, pictures, or sounds, as more fully set forth in the counts below.

**B.    MANNER AND MEANS OF THE SCHEME AND ARTIFICE**

2.    The Defendant manufactured and illegally obtained counterfeit identification documents such as driver's licenses, ID cards and passports. This was done without the consent of the true persons. These counterfeit documents used the true information of the victims and contained a photograph of a different individual.

3.    The Defendant illegally obtained and manufactured counterfeit debit and credit cards.

4.    The Defendant used the counterfeit identification documents and bank cards to withdraw funds from the accounts of others without their consent. This was done primarily by the Defendant paying others to complete the bank transactions.

5.    The Defendant attempted to conceal these illegal transactions by producing counterfeit invoices.

**C.    EXECUTION OF THE SCHEME AND ARTIFICE**

6.    As a result of false representations and fraudulent pretenses, the Defendant caused interstate wire communications facilities to be utilized in the scheme by causing $60,000 to be wire transferred from the account of Victim L.G.W. at Texas Dow Employees Credit Union

Page 3 of 11

(TDECU) to an account at Navy Federal Credit Union in Philadelphia, Pennsylvania on November 21, 2023.

**In violation of Title 18, United States Code, Sections 1343 and 2.**

**COUNTS 3-5**
**(Wire Fraud – 18 U.S.C. § 1343)**

**A.    THE SCHEME AND ARTIFICE**

1.    From on or about December 27, 2024, until on or about January 23, 2025, in the Houston Division of Southern District of Texas, and elsewhere,

**CIERA JULIETH BLAS,**

Defendant herein, did knowingly devise and intend to devise a scheme and artifice to defraud, and for obtaining money by means of false and fraudulent pretenses, and in the execution of said scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communications in interstate or foreign commerce, writings, signs, signals, pictures, or sounds, as more fully set forth in the counts below.

**B.    MANNER AND MEANS OF THE SCHEME AND ARTIFICE**

2.    Among the manner and means by which the Defendant sought to accomplish and did accomplish the purpose of the scheme to defraud are the acts set forth in paragraphs 1 through 11 of Count One of this indictment, hereby re-alleged and incorporated as if fully set forth in these counts.

**C.    EXECUTION OF THE SCHEME AND ARTIFICE**

3.    As a result of false representations and fraudulent pretenses, on or about the dates alleged, the Defendant caused interstate wire communications facilities to be utilized in the scheme by using the USBank card of Victim K.B. as described in the counts alleged below:

Page 4 of 11

| COUNT | DATE | AMOUNT | STORE |
|-------|------|--------|-------|
| THREE | December 27, 2024 | $7,777.76 | Nordstrom |
| FOUR | January 2, 2025 | $10,061.84 | Nordstrom |
| FIVE | January 2, 2025 | $9,551.98 | Rag & Bone |

In violation of Title 18, United States Code, Sections 1343 and 2.

**COUNTS 6-7**
**(Mail Fraud- 18 U.S.C. § 1341)**

**A.   THE SCHEME AND ARTIFICE**

1.   From on or about December 23, 2024, and continuing at least until January 23, 2025, in the Houston Division of the Southern District of Texas and elsewhere,

**ISHMAEL CADET,**

Defendant herein, did knowingly devise and intend to devise a scheme and artifice to defraud, and for obtaining money by means of false and fraudulent pretenses, and in the execution of said scheme and artifice, did knowingly cause to be deposited any matter and thing whatsoever to be sent and delivered by the United States Postal Service and any private or commercial carrier, as more fully set forth in the counts below.

**B.   MANNER AND MEANS OF THE SCHEME AND ARTIFICE**

2.   Among the manner and means by which the Defendant sought to accomplish and did accomplish the purpose of the scheme to defraud are the acts set forth in paragraphs 1 through 11 of Count One of this indictment, hereby re-alleged and incorporated as if fully set forth in these counts.

## C.    EXECUTION OF THE SCHEME AND ARTIFICE

3.    On or about the dates set forth in the counts alleged below, the Defendant, in execution of the scheme to defraud, caused the following items to be sent and delivered by the United States Postal Service and a private and commercial carrier to Box 502 at 2429 Bissonnet Street, Houston, Texas:

| COUNT | DATE | ITEM |
|-------|------|------|
| SIX | January 2, 2025 | Checkbook for J.C. FirstBank account |
| SEVEN | January 23, 2025 | US Bank card issued to K.B. |

**All in violation of Title 18, United States Code, Sections 1341 and 2.**

### COUNT 8
### (Bank Fraud - 18 U.S.C. § 1344)

## A.    THE SCHEME AND ARTIFICE TO DEFRAUD

1.    From on or about December 31, 2024, and continuing until at least on or about January 23, 2025, in the Houston Division of the Southern District of Texas and elsewhere,

### ISHMAEL CADET,

Defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud FirstBank, a financial institution the deposits of which were insured by the FDIC, and to obtain moneys and funds owned by and under the custody and control of the above-listed financial institutions, by means of false and fraudulent pretenses, representations, and promises as further set forth in the counts below.

## B.    THE MANNER AND MEANS OF THE SCHEME AND ARTIFICE TO DEFRAUD

The manner and means were as follows:

2.    The Defendant used a false name and a counterfeit identification document to rent

Page **6** of **11**

a post office box at a UPS store located at 2429 Bissonnet Street in Houston, Texas.

3      The Defendant called FirstBank and impersonated Victim J.C.  The Defendant requested that checks from J.C.'s home equity line of credit account be delivered to the fraudulently obtained post office box.

4.      The Defendant used a check from J.C.'s FirstBank account to fraudulently transfer funds to an account controlled by the defendant.

## D.    EXECUTION OF THE SCHEME AND ARTIFICE

5.      On or about January 6, 2025, the Defendant executed and attempted to execute the scheme and artifice set forth above by falsely endorsing a check using J.C.'s signature in the amount of $140,000 and causing the check to be deposited into an account at JP Morgan Chase Bank.

**In violation of Title 18, United States Code, Sections 1344 and 2.**

### COUNTS 9- 19
**(Possession of a Counterfeit Passport - 18 U.S.C. § 1546)**

From on or about September 9, 2024, until on or about February 13, 2025, in the Houston Division of the Southern District of Texas,

**ISHMAEL CADET, and
CIERA JULIETH BLAS,**

Defendants herein, did knowingly possess a document prescribed by statute and regulation for entry into the United States and as evidence of authorized stay and employment in the United States, that is, a forged, counterfeit, altered and falsely made United States passport, which the defendants knew to be forged, counterfeit, altered and falsely made, as described in the counts below:

Page 7 of 11

| COUNT | DATE | PASSPORT NUMBER | NAME |
|---|---|---|---|
| NINE | September 9, 2024 | C34229133 | E.G.L. |
| TEN | September 9, 2024 | C34229183 | M.A.S. |
| ELEVEN | January 23, 2025 | C34227894 | K.B. |
| TWELVE | January 23, 2025 | A34258810 | A.J.A. |
| THIRTEEN | January 23, 2025 | C34227894 | J.B.K. |
| FOURTEEN | January 23, 2025 | C34228975 | M.C.R. |
| FIFTEEN | January 23, 2025 | C34228975 | C.C.D. |
| SIXTEEN | January 23, 2025 | C34228975 | A.M. |
| SEVENTEEN | January 23, 2025 | C34228974 | H.G.B. |
| EIGHTTEEN | January 23, 2025 | C34228975 | R.L.G. |
| NINETEEN | January 23, 2025 | C34228975 | T.G. |

In violation of Title 18, United States Code, Sections 1546(a).

## COUNTS 20- 32
### (Aggravated Identity Theft - 18 U.S.C. § 1028A)

From on or about November 21, 2023, until at least on or about February 13, 2025, in the Houston Division of Southern District of Texas,

**ISHMAEL CADET, and
CIERA JULIETH BLAS,**

Defendants herein, did knowingly possess and use, without lawful authority, a means of identification of another, that is, the name and date of birth of real persons, described in the counts below, during and in relation to violations of 18 U.S.C. § 1546 (Possession of a Counterfeit Passport), 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. § 1344 (Bank Fraud):

Page **8** of **11**

| COUNT | DATE | NAME |
|---|---|---|
| TWENTY | November 21, 2023 | L.G.W. |
| TWENTY-ONE | September 9, 2024 | E.G.L. |
| TWENTY-TWO | September 9, 2024 | M.A.S. |
| TWENTY-THREE | December 31, 2024 | J.C. |
| TWENTY-FOUR | January 23, 2025 | K.B. |
| TWENTY-FIVE | January 23, 2025 | A.J.A. |
| TWENTY-SIX | January 23, 2025 | J.B.K. |
| TWENTY-SEVEN | January 23, 2025 | M.C.R. |
| TWENTY-EIGHT | January 23, 2025 | C.C.D. |
| TWENTY-NINE | January 23, 2025 | A.M. |
| THIRTY | January 23, 2025 | H.G.B. |
| THIRTY-ONE | January 23, 2025 | R.L.G. |
| THIRTY-TWO | January 23, 2025 | T.G. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 33
### (Felon in Possession of a Firearm – 18 U.S.C. § 922(g)(1))

On or about January 23, 2025, in the Houston Division of the Southern District of Texas,

### ISHMAEL CADET,

Defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Mini Draco pistol and a Ruger 5.7 pistol, said firearms having been shipped and transported in interstate and foreign commerce.

Page **9** of **11**

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE
## (18 U.S.C. §§ 982(a)(2)(A) and 982(a)(6)(A))

Pursuant to Title 18, United States Code, Section 982(a)(2)(A), the United States gives notice to the Defendants,

**ISHMAEL CADET, and
CIERA JULIETH BLAS,**

that in the event of conviction of the offenses charged in Counts One through Thirty-Two of this Indictment, the United States intends to seek forfeiture of any property that constitutes: proceeds of the crime; facilitating property including all related identification document laboratory equipment such as printers, laminators, etc.; and property that was derived from proceeds obtained directly or indirectly, as a result of the commission of the commission of the offenses.

## MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States gives notice that it will seek a money judgment against the Defendants. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendants up to the value of the property subject to forfeiture.

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearms, magazine, and ammunition, involved in violations of Title 18 United States Code, Section 922(g)(1) and Section 924(a)(8) as charged in Count Thirty-Three, are subject to forfeiture, including, but not limited to, the following: Mini Draco pistol and a Ruger 5.7 pistol, and ammunition.

TRUE BILL:

Original Signature on File

_____

FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

_____

JAY HILEMAN
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RECEIVED
UNITED STATES MARSHAL

2025 DEC 19  AM 9:45

SOUTHERN DIST. S/TX

UNITED STATES OF AMERICA

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

vs.

Criminal No. 4:25-CR-46-S

CIERA JULIETH BLAS

Defendant.

## ORDER FOR ISSUANCE OF BENCH WARRANT

A Criminal Superseding Indictment has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and

appearance, a judicial determination shall be made as to detention or release on conditions. The

United States Government recommends to the Court the following:

Defendant
**CIERA JULIETH BLAS**

☑   DETENTION
☐   RELEASE ON CONDITION
☐   APPEARANCE BOND IN THE
     AMOUNT OF: $

SIGNED at Houston, Texas     on December 17, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

**AO257**
**(USAO Rev. 6/99)** **4:25-cr-46-ss** **Marshal's Office/Clerk's Office**                              PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | RECEIVED UNITED STATES MARSHAL 2025 DEC 19 AM 9:45 SOUTHERN DIST. S/TX |
|---|---|

BY:   ☐ Complaint   ☐ Information   ☑ Indictment

**DEFENDANT - U.S.  vs.**
**CIERA JULIETH BLAS**

Name of District Court, and/or Judge/Magistrate Location (City)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Address   U.S. Marshal's - Eastern District of Texas

Name and Office of Person Furnishing Information on THIS FORM
**NICHOLAS J. GANJEI, USA**
☑ U.S. Atty   ☐ Other U.S. Agency

Birth Date   11/23/1994   ☐ Male   ☐ Alien
☑ Female   (if applicable)

Name of Asst. U.S. Atty (if assigned)
**JAY HILEMAN, AUSA**

Social Security Number _____

**Proceeding**

**Defendant**

Name of Complainant Agency, or Person (& Title, if any)

Michael Trogden, Diplomatic Security

**IS NOT IN CUSTODY**

1)  ☐ Has not been arrested, pending outcome this proceeding
     If not detained give date any prior summons was served on above charges ▶

☐ person is awaiting trial in another Federal or State Court, give name of court

2)  ☐ Is a Fugitive
3)  ☐ Is on Bail or Release from (show District)

United States Courts
Southern District of Texas
FILED

*December 17, 2025*

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

**IS IN CUSTODY**

Nathan Ochsner, Clerk of Court

4)  ☐ On this charge
5)  ☑ On another conviction   } ☑ Fed'l ☐ State
6)  ☐ Awaiting trial on other charges

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

    ☐ U.S. Atty   ☐ Defense

SHOW DOCKET NO.

If answer to  (6) is "Yes", show name of  institution

_____

☐ this prosecution relates to pending case involving this same defendant

MAG. JUDGE CASE NO.

Has detainer been filed?   ☐ Yes  } If "Yes" give date filed _____
                          ☑ No

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

**DATE OF ARREST** ▶ _____
   Or... if Arresting Agency & Warrant were not Federal

Place of offense   Southern District of Texas

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DATE TRANSFERRED TO U.S. CUSTODY** _____

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS**

Ct. 1: Conspiracy to Commit Wire Fraud [18 U.S.C. 1343]
Ct.s 3-5: Wire Fraud [18 U.S.C. § 1341 and 2]
Ct.s 9-19: Possession of a Counterfeit Passport [18 USC § 1546]
Ct.s 20-32: Aggravated Identity theft [18 USC § 1028A(a)(1) and 2]

**Penalties**

Ct. 1: Not more than 20 years in prison; a fine of up to $250,000 fine; up to three (3) years supervised release; and a special assessment of $100
Cts. 3-5: Up to 20 years in prison; a fine of up to $250,000 fine; up to three (3) years supervised release; and a special assessment of $100
Cts. 9-19: up to 10 years imprisonment and/or a fine of up to $250,000, followed by up to 3 years supervised release; $100 SA
Cts. 20-32: two years imprisonment consecutive to any other related term and a fine up to $250,000 followed by up to 1 year of supervised release; $100 SA